THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Trevor Kelley,<br><br>            Plaintiff,<br><br>v.<br><br>Payless Shoesource, Inc.,<br><br>            Defendant. | Case No.: 2:17-cv-00632-CW-DBP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Assigned to: Judge Clark Waddoups<br>Referred to: Magistrate Judge Dustin B. Pead |
|---|---|

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Trevor Kelley, hereby voluntarily dismisses this Action with prejudice.

**RESPECTFULLY** submitted on this 10th day of January 2018.

*/s/ James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of January 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Ethan D. Thomas
LITTLER MENDELSON (LAS VEGAS)
3960 HOWARD HUGHES PKWY STE 300
LAS VEGAS, NV 89169-5937
(702)862-8800
Email: edthomas@littler.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*

2